USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS MIGUEL RODRIGUEZ,

                Plaintiff,

            -against-                            ORDER

COMMISSIONER OF SOCIAL SECURITY,         18-CV-1742 (PGG)(KNF)

                Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By an order dated October 18, 2019 the defendant was directed to serve the plaintiff with the administrative record and the defendant's motion for judgment on the pleadings. The defendant shall, on or before November 20, 2019, file proof of service with the Clerk of Court.

Dated:  New York, New York             SO ORDERED:
        November 18, 2019

                                            _____
Copies mailed to:                        KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE

Carlos Miguel Rodriguez