**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS MIGUEL RODRIGUEZ,

                  Plaintiff,                  18 **CIVIL** 1742 (PGG) (KNF)

        -against-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                  Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated June 20, 2020, Magistrate Judge Fox's R & R (Dkt. No. 24) is adopted in its entirety, and Defendant's motion for judgment on the pleadings is granted; accordingly, this case is closed.

**Dated:**  New York, New York
           June 22, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**
                                    **BY:**
                                                      **Deputy Clerk**